UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20 CR 351 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DARRON M. PORTIS, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On August 4, 2025 Magistrate Judge Carmen E. Henderson held an Initial Appearance regarding Revocation of Supervised Release. At that hearing, Defense Counsel requested that the case be stayed pending the resolution of the Defendant's new law charges. The Magistrate Judge recommended to this court to hold the remainder of the case in abeyance pending resolution of the new federal charges.

The court hereby adopts Magistrate Judge Henderson's Report and Recommendation and hereby stays this case until the new federal charges have resolved. Defendant was ordered detained pending further hearing of this court.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

September 8, 2025